UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Si Fa Lee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 21-CV-40092-AK |
| v. ) | |
| ) | |
| Superintendent Nelson Alves, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 42] entered on 9/25/24, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 9/25/2024                                                              By the Court,

                                                                                          /s/ Courtney Horvath
                                                                                          Deputy Clerk