**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SI FA LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 21-CV-40092-AK |
| v. | ) | |
| | ) | |
| NELSON ALVES, | ) | |
| SUPERINTENDENT AT MCI-NORFOLK | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER ON CERTIFICATE OF APPEALABILITY

**ANGEL KELLEY, D.J.**

This is a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has denied the petition. Petitioner Si Fa Lee ("Lee") can only appeal that denial if he receives a certificate of appealability pursuant to 28 U.S.C. § 2253. For the following reasons, Petitioner's Motion for a Certificate of Appealability [Dkt. 51] is **GRANTED**.

A certificate of appealability will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). That standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003) (citing Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

The Court concludes that jurists of reason could disagree as to both issues raised by Lee in his filings: (1) that the Massachusetts Supreme Judicial Court's ("SJC") ruling on Lee's claim that he was not provided with competent translators at trial was based on an unreasonable

1

determination of the facts, and (2) that the SJC's ruling that Lee was not denied effective assistance of counsel involved a contrary to or unreasonable application of clearly established federal law.  Accordingly, a certificate of appealability is **GRANTED**.

    **SO ORDERED.**

Dated: January 10, 2025            /s/ Angel Kelley  
                                                     Hon. Angel Kelley  
                                                     United States District Judge